# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1148. ANNIE BARNHILL v. CARSWELL CHEROKEE TRUST.

Carswell Cherokee Trust filed a foreclosure action in magistrate court against Annie Barnhill, seeking to foreclose on a "lease agreement or security agreement" and to obtain possession of the premises. The magistrate court entered judgment in Barnhill's favor, ruling that title to the property should have been transferred to her name. Carswell Cherokee Trust filed an appeal in superior court, and Barnhill filed a counterclaim claiming title to the property and seeking money damages. The superior court entered an order denying Barnhill's counterclaim and granting a writ of possession to Carswell Cherokee Trust. Barnhill has filed this direct appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Barnhill's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* __04/19/2023__

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*